IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT BRENT BEAZLEY, ) <br> ROBERT WILLIAM LEASE, ) <br> TIMOTHY CHAO CHEN, and ) <br> ANTHONY BERT LIN, ) <br> Defendants. ) <br> _____) | NO. CR06-0052C <br><br> ORDER APPROVING STIPULATION <br> TO CONTINUE MOTIONS FILING <br> DEADLINE AND TRIAL DATE |

Based upon the stipulation of the parties (Dkt. No. 31), and the Court's review of the record, the Court finds that, pursuant to 18 U.S.C. §§3161(h)(8)(A), (B)(i) and (ii), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence.

Specifically, the Court finds that this case involves the alleged smuggling of marijuana into the United States from Canada using a helicopter, and a conspiracy to distribute the marijuana. The government's investigation is ongoing on both sides of the

ORDER APPROVING STIPULATION
TO CONTINUE MOTIONS FILING
DEADLINE AND TRIAL DATE;
CR06-0052C - 1

border.  The government is also still in the process of obtaining reports from the law-enforcement agencies involved, some of which have been obtained and copied but have not yet been produced to defense counsel.  CDs and DVDs containing discoverable materials are also being made, but have not been provided to defense counsel.  To give the Defendants sufficient time to review discovery before filing pretrial motions, a continuance of the trial date would serve the interests of justice.

Accordingly, the Court hereby ORDERS that, subject to the defendants filing Waivers of Speedy Trial, the motions filing deadline is continued from March 9, 2006, to April 6, 2006, and the trial date is continued from April 10, 2006, to May 22, 2006.

The court further ORDERS that pursuant to 18 U.S.C. § 3161(h), the period of time from the current trial date to the new trial date is excluded in the computation of time under the Speedy Trial Act.

DATED this 10th day of March, 2006.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

**ORDER APPROVING STIPULATION**
**TO CONTINUE MOTIONS FILING**
**DEADLINE AND TRIAL DATE;**
**CR06-0052C - 2**